UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RAMON RODRIGUEZ,

                Plaintiff,

    -against-                                 09 Civ. 6083 (SHS)

SHERWOOD INDUSTRIES, INC., *et ano.*,         ORDER

                Defendant.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Plaintiff commenced this action in the Supreme Court of the State of New York, Bronx County, and defendant removed the action to this Court. Defendants' Notice of Removal does not specify that removal was timely pursuant to 28 U.S.C. § 1446(b). Accordingly, defendants are directed to submit, by July 20, 2009, a written statement setting forth the grounds on which removal was timely.

Dated: New York, New York
          July 10, 2009

                                                  SO ORDERED:

                                                  Sidney H. Stein, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/09