```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RAMON RODRIGUEZ,                    :      09 Civ. 6083 (SHS)

               Plaintiff,        :

     -against-                     :      ORDER

SHERWOOD INDUSTRIES, INC., *ET ANO*, :

              Defendants.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      On the basis of the September 15, 2009 letter from defendants' attorney,

      IT IS HEREBY ORDERED that the Orders dated September 11, 2009 [12, 13] referring this case to Magistrate Judge Frank Maas for all purposes pursuant to 28 U.S.C. § 636(c) are vacated and this action shall be reassigned to this Court and referred to Magistrate Judge Maas for general pretrial purposes only.

Dated: New York, New York
       September 15, 2009

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.